IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MONDREA VINNING, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL NO. 03-514-GPM |
| | ) |
| B. SPILLER, ROBERT E. GALES, CAPTAIN REIS, CAPTAIN TAYLOR, SGT. DUNN, SGT. FORRESTER, SGT. FLETCHER, SGT. VELKER, SGT. CARTER, SCOTT LONG, C/O MEZO, C/O WELBORN, C/O RICHELMAN, LT. WILSON, C/O SCOTT, JONATHAN R. WALLS, M. GROSS, DAVID REID, C/O DANGER, C/O SIMON, C/O ROBERTSON, C/O CUSHMAN, C/O THOMAS, C/O ROWLAND, LT. FERRELL, and SUPERINTENDENT PICKERING, | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT**.  This action came before the Court on the Report and Recommendation by United States Magistrate Judge Philip M. Frazier.

**IT IS ORDERED AND ADJUDGED** that the Report and Recommendation is adopted, and the motion for summary judgment filed by Defendants Scott Long and David Reid is granted.  Judgment is entered in favor of Defendants, **SCOTT LONG and DAVID REID**, and against Plaintiff, **MONDREA VINNING**.

**IT IS FURTHER ORDERED AND ADJUDGED** that all other claims that were

originally asserted and dismissed without prejudice on March 18, 2004, are hereby dismissed **with prejudice**.  Judgment is entered in favor of Defendants, **B. SPILLER, ROBERT E. GALES, CAPTAIN REIS, CAPTAIN TAYLOR, SGT. DUNN, SGT. FORRESTER, SGT. FLETCHER, SGT. VELKER, SGT. CARTER, SCOTT LONG, C/O MEZO, C/O WELBORN, C/O RICHELMAN, LT. WILSON, C/O SCOTT, JONATHAN R. WALLS, M. GROSS, DAVID REID, C/O DANGER, C/O SIMON, C/O ROBERTSON, C/O CUSHMAN, C/O THOMAS, C/O ROWLAND, LT. FERRELL, and SUPERINTENDENT PICKERING**, and against Plaintiff, **MONDREA VINNING**.

**IT IS FURTHER ORDERED AND ADJUDGED** that this entire action is dismissed **with prejudice.**

DATED:  02/15/06

NORBERT G. JAWORSKI, CLERK

By:  s/ Linda M. Cook
         Deputy Clerk

APPROVED:  s/ G. Patrick Murphy
                      G. PATRICK MURPHY
                      CHIEF U.S. DISTRICT JUDGE