IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MONDREA VINNING, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL NO. 03-514-GPM |
| | ) |
| SCOTT LONG and DAVID REID, | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

This matter came before the Court for a trial by jury, Honorable G. Patrick Murphy, Judge, presiding, and Plaintiff Mondrea Vinning having been fully heard on the issues,

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff Mondrea Vinning recover nothing, the action be dismissed on the merits, and the defendants Scott Long and David Reid recover costs from Plaintiff.

DATED: 1/28/08

NORBERT G. JAWORSKI, CLERK

By: *Vicki McGuire*
Deputy Clerk

APPROVED: *G. Patrick Murphy*
G. PATRICK MURPHY
U.S. DISTRICT JUDGE